IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>            Defendants. | 2:10-cv-01207-GEB-GGH<br><br>ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT[*] |

          Plaintiff's unopposed motion, filed on October 8, 2010, for leave to file a First Amended Complaint is granted. Plaintiff has ten days leave from the date on which this order is filed to file the amended complaint attached to its motion.

Dated:  November 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*]     This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1