ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHICO SCRAP METAL, INC. a California corporation, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>Defendants. | Case No. 2:10-CV-01207-GEB-GGH<br><br>PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO ALLOW PLAINTIFF TO CONDUCT INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387; and, California Health & Safety Code § 25249.5 *et seq.*)<br><br>Date: December 9, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom No. 9 |

TO DEFENDANTS CHICO SCRAP METAL, INC., GEORGE SCOTT, SR., and GEORGE SCOTT, JR., AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2010, at 10:00 a.m., or as soon thereafter as

the matter can be heard, at the United States Federal Court in the Eastern District of California, in the courtroom of the Honorable Magistrate Judge Gregory G. Hollows, located at 501 "I" Street in Sacramento, California, Plaintiff California Sportfishing Protection Alliance (hereafter "CSPA") will, and hereby does, move for an order granting CSPA's Motion To Compel Inspections Of Land And Property Pursuant To Federal Rule Of Civil Procedure 34 ("Motion") and ordering Defendants to allow CSPA to conduct such inspections at Defendants' three facilities at issue in this action in a manner consistent with CSPA's formal notices of inspections requested which were issued to Defendants on October 1, 2010. CSPA's formal notices of the inspections requested are attached hereto as Exhibits A and B.

The parties have met and conferred several times and exchanged several letters regarding this dispute and, having been unable to resolve it, now seek assistance from the Court.

CSPA further moves, pursuant to F.R.C.P. 37(a)(4), that Defendants be required to pay CSPA the reasonable expenses, including attorneys' fees, incurred by CSPA in bringing this motion. The motion is based on this Notice of Motion and Motion, the Joint Statement re Discovery Disagreements, to be filed in accordance with Local Rule 37-251, all of the files and records in this action, and on any additional material that may be elicited at the hearing of this motion.

Dated: November 11, 2010      Respectfully Submitted,

                              LAW OFFICES OF ANDREW L. PACKARD


                              By:    /s/ Erik Roper_____
                                     Erik M. Roper
                                     Attorneys for Plaintiff
                                     CALIFORNIA SPORTFISHING
                                     PROTECTION ALLIANCE

**EXHIBIT A**

ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CHICO SCRAP METAL, INC. a California corporation, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>Defendants. | Case No. 2:10-cv-01207-GEB-GGH<br><br>**PLAINTIFF'S FIRST REQUEST FOR INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34** |

To: Defendants CHICO SCRAP METAL, INC., GEORGE SCOTT, SR., GEORGE SCOTT, JR. (collectively, "Defendants"), and Therese Y. Cannata, counsel:

You are requested pursuant to Rule 34(a) of the Federal Rules of Civil Procedure to permit Plaintiff California Sportfishing Protection Alliance ("CSPA") to enter Defendants' three properties and industrial facilities located at (1) 878 East 20th Street, in Chico, California, (2) 1855 Kusel Road in Oroville, California, and, (3) 766 Chico-Oroville

Highway in Durham, California (collectively, "Defendants' facilities"), during three rain events during the Wet Season, starting November 5, 2010 through May 31, 2011, to inspect, photograph, test, videotape, or sample the following areas of Defendants' facilities: (1) any areas or equipment at Defendants' facilities from which any liquids or runoff may drain or be drained or discharged, whether in the past, present or future, to storm drains or other conveyances located on or adjacent to Defendants' facilities; and (2) the following objects located on such areas: (a) all storm drains, (b) all paved and unpaved surfaces, (c) all loading or unloading areas, (d) all maintenance areas, (e) all storage areas, (f) all fueling areas, (g) all bermed areas, (h) all entrances and exits, (i) all storm water pollution management measures and (j) all areas of potential spills of product, fuel or other potential water pollution sources. Samples may include samples of soil, materials, product, or runoff that may contribute pollutants to storm drains on or adjacent to Defendants' facilities.

It is further requested that the dates for making such entry be determined through the following procedure. Based on available weather forecasts, counsel for CSPA shall provide to Defendants' counsel preliminary notice of CSPA's intent to conduct a wet weather site inspection at least 36 hours prior to the time the inspection will begin (9:00 a.m.). CSPA shall confirm or cancel the preliminarily noticed inspection by not later than 10:00 p.m. the evening prior to the inspection by leaving a message for counsel at their office telephone or any other pre-arranged telephone number. CSPA will make every effort to provide notices earlier than the above deadlines.

The parties, through mutual agreement may adjust the start time of any specific site inspection.

This request for site inspections is in addition to any other site inspections requested by CSPA or agreed upon by the parties. Service of a written response to this request is due from you within 30 days of the date of service of this request. Your response must state that production and related activities will be permitted as requested or that the requested production is objected to, in which event the reasons for your objection must be stated.

| | | |
|---|---|---|
| Dated: October 1, 2010 | | LAW OFFICES OF ANDREW L. PACKARD |
| | By: | _____ |
| | | Hallie B. Albert |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA SPORTFISHING |
| | | PROTECTION ALLIANCE |

# **PROOF OF SERVICE**

Hallie B. Albert certifies and declares as follows:

I am a citizen of the United States and employed in Petaluma, California. I am over the age of eighteen years and not a party to this action. My business address is 100 Petaluma Blvd. North, Suite 301, Petaluma, CA 94952. I am readily familiar with this firm's practice for collection and processing of correspondence, including email and mailings with the United States Postal Service. Correspondence is deposited with the United States Postal Service on the same day as it is collected and processed in the ordinary course of business.

On October 1, 2010, I served the following:

**PLAINTIFF'S FIRST REQUEST FOR INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34**

by causing a true and correct copy of the above to be placed in a United States Postal Service mail box in Petaluma, California, in a sealed envelope with postage prepaid and addressed to:

Therese Y. Cannata, Esq.
CANNATA CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
 (Counsel for Defendants)

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2010, at Petaluma, California

_____
Hallie B. Albert

PROOF OF SERVICE                                              Case No.  2:10-cv-01207-GEB-GGH

**EXHIBIT B**

| | |
|---|---|
| ANDREW L. PACKARD (State Bar No. 168690)<br>ERIK M. ROPER (State Bar No. 259756)<br>HALLIE B. ALBERT (State Bar No. 258737)<br>Law Offices of Andrew L. Packard<br>100 Petaluma Blvd. N., Suite 301<br>Petaluma, CA 94952<br>Tel: (707) 763-7227<br>Fax: (707) 763-9227<br>E-mail: Andrew@packardlawoffices.com<br><br>ROBERT J. TUERCK (Bar No. 255741)<br>Jackson & Tuerck<br>P.O. Box 148<br>Quincy, California 95971<br>Tel: (530) 283-0406<br>E-mail: bob@jacksontuerck.com<br><br>Attorneys for Plaintiff<br>CALIFORNIA SPORTFISHING<br>PROTECTION ALLIANCE | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING<br>PROTECTION ALLIANCE, a non-profit<br>corporation;<br><br>        Plaintiff,<br><br>   vs.<br><br>CHICO SCRAP METAL, INC. a<br>California corporation, GEORGE<br>SCOTT, SR., an individual, and<br>GEORGE SCOTT, JR., an individual,<br><br>        Defendants. | Case No. 2:10-cv-01207-GEB-GGH<br><br>**PLAINTIFF'S SECOND REQUEST FOR INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34** |

To: Defendants CHICO SCRAP METAL, INC., GEORGE SCOTT, SR., GEORGE

SCOTT, JR. (collectively, "Defendants"), and Therese Y. Cannata, counsel:

    You are requested pursuant to Rule 34(a) of the Federal Rules of Civil Procedure to

permit Plaintiff California Sportfishing Protection Alliance ("CSPA") to enter Defendants'

three properties and industrial facilities located at (1) 878 East 20th Street, in Chico,

California, (2) 1855 Kusel Road in Oroville, California, and, (3) 766 Chico-Oroville

---

PLAINTIFF'S SECOND REQUEST FOR INSPECTION         Case No. 2:10-cv-01207-GEB-GGH

1

Highway in Durham, California (collectively, "Defendants' facilities"), on November 5, 2010, at 8:00 a.m.,[1] to inspect, photograph, test, videotape, or sample the following areas of Defendants' facilities: (1) any areas or equipment at the Defendants' facilities from which any liquids or runoff may drain or be drained or discharged, whether in the past, present or future, to storm drains or other conveyances located on or adjacent to Defendants' facilities; and (2) the following objects located on such areas: (a) all storm drains, (b) all paved and unpaved surfaces, (c) all loading or unloading areas, (d) all maintenance areas, (e) all storage areas, (f) all fueling areas, (g) all bermed areas, (h) all entrances and exits, (i) all storm water pollution management measures and (j) all areas of potential spills of product, fuel or other potential water pollution sources. Samples may include samples of soil, materials, product, or runoff that may contribute pollutants to storm drains on or adjacent to Defendants' facilities.

This request for site inspection is in addition to any other site inspections requested by CSPA or agreed upon by the parties. Service of a written response to this request is due from you within 30 days of the date of service of this request. Your response must state that production and related activities will be permitted as requested or that the requested production is objected to, in which event the reasons for your objection must be stated.

---

[1] CSPA proposes that the inspection of all three of Defendants' facilities contemplated by this Request occur on the same day, approximately as follows: Inspection of the facility located at 878 East 20th Street, in Chico, California shall occur from 8:00 a.m. to 11:00 a.m. followed by a break for lunch; inspection of the facility located at 1855 Kusel Road in Oroville, California shall occur from 12:00 p.m. to 2:30 p.m.; and, inspection of the facility located at 766 Chico-Oroville Highway in Durham, California shall occur from 3:00 p.m. to 5:00 p.m.

Dated: October 1, 2010_____        LAW OFFICES OF ANDREW L. PACKARD


                                   By: _____
                                       Hallie B. Albert
                                       Attorneys for Plaintiff
                                       CALIFORNIA SPORTFISHING
                                       PROTECTION ALLIANCE

# PROOF OF SERVICE

Hallie B. Albert certifies and declares as follows:

I am a citizen of the United States and employed in Petaluma, California. I am over the age of eighteen years and not a party to this action. My business address is 100 Petaluma Blvd. North, Suite 301, Petaluma, CA 94952. I am readily familiar with this firm's practice for collection and processing of correspondence, including email and mailings with the United States Postal Service. Correspondence is deposited with the United States Postal Service on the same day as it is collected and processed in the ordinary course of business.

On October 1, 2010, I served the following:

**PLAINTIFF'S SECOND REQUEST FOR INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34**

by causing a true and correct copy of the above to be placed in a United States Postal Service mail box in Petaluma, California, in a sealed envelope with postage prepaid and addressed to:

Therese Y. Cannata, Esq.
CANNATA CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
 (Counsel for Defendants)

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2010, at Petaluma, California

                                                            _____
                                                            Hallie B. Albert

PROOF OF SERVICE                                            Case No. 2:10-cv-01207-GEB-GGH