ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        erik@packardlawoffices.com
        hallie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA  95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>            Defendants. | Case No. 2:10-cv-01207-GEB-GGH<br><br>STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON<br><br>Judge: Hon. Garland E. Burrell, Jr. |

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on May 17, 2010;

WHEREAS, Plaintiff filed its First Amended Complaint in this action on or about November 18, 2010;

WHEREAS, on or about October 11, 2010, Plaintiff allegedly learned that the George W. Scott, Sr., Revocable Inter Vivos Trust ("the Trust") owns the real property upon which the three facilities at issue in this action are located;

WHEREAS, Defendant George W. Scott, Sr., serves as Trustee to the Trust;

WHEREAS, on or about October 11, 2010, Plaintiff provided notice of the Trust's alleged violations of the Federal Water Pollution Control Act ("Clean Water Act" or "Act") ("Clean Water Act Notice"), and of its intention to file suit against the Trust to the Administrator of the United States Environmental Protection Agency ("EPA"); the Administrator of EPA Region IX; the Executive Director of the State Water Resources Control Board; the Executive Officer of the Regional Water Quality Control Board, Central Valley Region; and to the Trust, as required by the Act, 33 U.S.C. § 1365(b)(1)(A);

WHEREAS, the 60-day statutory notice period of the Clean Water Act Notice will expire on or about December 10, 2010;

WHEREAS, Plaintiff has provided Defendants herein a proposed Second Amended Complaint (attached herein as **Exhibit A**) which adds the Trust as a Defendant subject to the Clean Water Act-related claims contained therein;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in the interest of judicial economy:

A.  That Plaintiff shall be permitted to file its proposed Second Amended Complaint on December 10, 2010, or as soon thereafter as may be convenient for Plaintiff.

B.  Defendants' response to the Second Amended Complaint shall be electronically filed not later than thirty-five (35) days after Plaintiff files its Second Amended Complaint.

C.  Insofar as Plaintiff's filing of the Second Amended Complaint will create a pleading that supersedes the First Amended Complaint, Defendants' time to respond to the First Amended Complaint is extended to December 15, 2010 for tracking purposes only.   When the Second Amended Complaint is filed by Plaintiff, said deadline shall become moot.

Dated: November 22, 2010 Respectfully submitted,
LAW OFFICES OF ANDREW L. PACKARD


By: **/s/ Erik Roper**
    ERIK M. ROPER
    Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE


Dated: November 22, 2010 CANNATA, CHING & O'TOOLE, LLP

By: **/s/ Therese Y. Cannata**
    THERESE Y. CANNATA
    Attorneys for Defendants
    CHICO SCRAP METAL, INC., *et al.*

STIPULATION TO ALLOW PLAINTIFF'S FILING OF PROPOSED SECOND AMENDED COMPLAINT; AND,
[PROPOSED] ORDER THEREON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that Plaintiff is granted leave to file its proposed Second Amended Complaint on December 10, 2010.

**Date:  11/23/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 4 -
STIPULATION TO ALLOW PLAINTIFF'S FILING OF PROPOSED SECOND AMENDED COMPLAINT; AND,
[PROPOSED] ORDER THEREON