IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

        Plaintiff,                           CIV. NO. S-10-1207 GEB GGH

   vs.

CHICO SCRAP METAL, INC., et al.,

        Defendants.                     <u>ORDER</u>

_____/

        At the December 16, 2010 hearing on defendants' motion for protective order and plaintiff's motion to compel, defendants were ordered to file a copy of the criminal complaint which was the basis for the consent orders. On December 20, 2010, plaintiff filed an unsolicited declaration, and defendants filed copies of the criminal complaints, along with a request to file declarations responsive to plaintiff's declaration.

        Accordingly, IT IS ORDERED that defendants may file responsive declarations from the DTSC and the Central Valley Regional Water Quality Control Board representatives only, by December 30, 2010. No further filings will be accepted in regard to the pending motions.

DATED: December 27, 2010

                                                  /s/ Gregory G. Hollows

                                                  U. S. MAGISTRATE JUDGE

GGH:076/CSPA1207.dec.wpd