IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

       Plaintiff,                                CIV. NO. S-10-1207 GEB GGH

    vs.

CHICO SCRAP METAL, INC., et al.,

       Defendants.                            ORDER
_____/

        Defendants have requested an extension of time in which to file their declarations, approved by order of December 27, 2010.

        Good cause appearing, IT IS ORDERED that defendants are granted an extension of time in which to file responsive declarations from the DTSC and the Central Valley Regional Water Quality Control Board representatives only, to January 6, 2011. No further extensions will be granted.

DATED: January 4, 2010

                                                 /s/ Gregory G. Hollows
                                       _____
                                       U. S. MAGISTRATE JUDGE

GGH:076/CSPA1207.dec2.wpd

1