IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

      Plaintiff,                                   CIV. NO. S-10-1207 GEB GGH

   vs.

CHICO SCRAP METAL, INC., et al.,

      Defendants.                          <u>ORDER</u>

_____/

        On January 18, 2011, defendants filed a letter request for "clarification" of this court's January 14, 2011 order which is essentially a request for further relief.

        Upon consideration, IT IS ORDERED that defendants' letter request for clarification, (dkt. #44), is denied.

DATED: January 26, 2011

                                                 /s/ Gregory G. Hollows
                                                 U. S. MAGISTRATE JUDGE

GGH:076/CSPA1207.clar.wpd

1