ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel. (707) 763-7227
Fax. (707) 763-9227
andrew@packardlawoffices.com
erik@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;

Plaintiff,

vs.

CHICO SCRAP METAL, INC. a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,

Defendants.

Case No. 2:10-CV-01207-GEB-GGH

**PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

Date: February 7, 2011
Time: 9:00 a.m.
Place: Courtroom 10
Judge: Hon. Garland E. Burrell, Jr.

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
1
CASE NO. 2:10-CV-01207-GEB-GGH

Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA" or "Plaintiff") by and through its attorney, hereby respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following matters:

A. California Health And Safety Code Section 25182;

B. California Health And Safety Code Section 25183;

C. California Health And Safety Code Section 25184; and,

D. California Health And Safety Code Section 25186.6.

This request is made concerning each of the items set forth above pursuant to Federal Rule of Evidence ("FRE") 201 which provides that the Court may take judicial notice of facts "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Each of the items set forth above constitute facts "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Further, FRE provides that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." FRE 201(d).

Defendants have been provided sufficient notice of this request by service upon Defendants' attorney of record herein. The Court has been provided with a true and correct copy of each of the identified documents. Each of the identified documents is identified herein by the corresponding exhibit letter and is served and filed herewith.

These documents are sufficient to enable the Court to take judicial notice of these matters. Furthermore, these documents are relevant and material to this proceeding.

DATED: March 7, 2011 LAW OFFICES OF ANDREW L. PACKARD

_/s/ Erik M. Roper_

By: Erik M. Roper
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

3

CASE NO. 2:10-CV-01207-GEB-GGH

# EXHIBIT A



DEERING'S CALIFORNIA CODE ANNOTATED
Copyright © 2011 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

*** THIS SECTION IS CURRENT THROUGH THE 2011 SUPPLEMENT ***
(ALL 2010 LEGISLATION)
SPECIAL NOTICE: CHAPTERS ENACTED BETWEEN OCTOBER 20, 2009, AND NOVEMBER 2, 2010, ARE SUBJECT TO REPEAL BY PROPOSITION 22.

HEALTH AND SAFETY CODE
Division 20. Miscellaneous Health and Safety Provisions
Chapter 6.5. Hazardous Waste Control
Article 8. Enforcement

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

*Cal Health & Saf Code § 25182* (2010)

**§ 25182. Action in name of people of state; Joinder or consolidation of actions**

Every civil action brought under this chapter at the request of the department or a unified program agency shall be brought by the city attorney, the county attorney, the district attorney, or the Attorney General in the name of the people of the State of California, and any such actions relating to the same processing or disposal of hazardous wastes may be joined or consolidated.

**HISTORY:**

Added Stats 1972 ch 1236 § 1, operative July 1, 1973. Amended Stats 1980 ch 804 § 3; Stats 1993 ch 44 § 1 (AB 1934); Stats 1995 ch 639 § 21 (SB 1191).

**NOTES:**

**Amendments:**

**1980 Amendment:**

**(1)** Substituted "city attorney, the district attorney, or the" for "district attorney or"; and **(2)** added the comma after "California".

**EXHIBIT B**



FOCUS - 3 of 3 DOCUMENTS

DEERING'S CALIFORNIA CODE ANNOTATED
Copyright © 2011 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

*** THIS SECTION IS CURRENT THROUGH THE 2011 SUPPLEMENT ***
(ALL 2010 LEGISLATION)
SPECIAL NOTICE: CHAPTERS ENACTED BETWEEN OCTOBER 20, 2009, AND
NOVEMBER 2, 2010, ARE SUBJECT TO REPEAL BY PROPOSITION 22.

HEALTH AND SAFETY CODE
Division 20.  Miscellaneous Health and Safety Provisions
Chapter 6.5.  Hazardous Waste Control
Article 8.  Enforcement

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

*Cal Health & Saf Code § 25183* (2010)

**§ 25183.  County in which action brought**

Any civil action brought pursuant to this chapter shall be brought in the county in which the processing or disposal of hazardous waste is made or proposed to be made, the county in which the principal office of the defendant is located, or the county in which the Attorney General has an office nearest to the county in which the principal office of the defendants, or any of them, is located in this state.

**HISTORY:**

Added Stats 1972 ch 1236 § 1, operative July 1, 1973. Amended Stats 1982 ch 496 § 8, effective July 12, 1982.

**NOTES:**

**Amendments:**

**1982 Amendment:**

Added ", the county in which the principal office of the defendant is located, or the county in which the Attorney General has an office nearest to the county in which the principal office of the defendants, or any of them, is located in this state".

# EXHIBIT C



DEERING'S CALIFORNIA CODE ANNOTATED
Copyright © 2011 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

*** THIS SECTION IS CURRENT THROUGH THE 2011 SUPPLEMENT ***
(ALL 2010 LEGISLATION)
SPECIAL NOTICE: CHAPTERS ENACTED BETWEEN OCTOBER 20, 2009, AND NOVEMBER 2, 2010, ARE SUBJECT TO REPEAL BY PROPOSITION 22.

HEALTH AND SAFETY CODE
Division 20. Miscellaneous Health and Safety Provisions
Chapter 6.5. Hazardous Waste Control
Article 8. Enforcement

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

*Cal Health & Saf Code § 25184* (2010)

**§ 25184. Restraining order or injunction in absence of pleading and proof generally prerequisite to equitable relief**

In any civil action brought pursuant to this chapter in which a temporary restraining order, preliminary injunction, or permanent injunction is sought, it shall not be necessary to allege or prove at any stage of the proceeding that irreparable damage will occur should the temporary restraining order, preliminary injunction, or permanent injunction not be issued; or that the remedy at law is inadequate, and the temporary restraining order, preliminary injunction, or permanent injunction shall issue without such allegations and without such proof.

**HISTORY:**

Added Stats 1972 ch 1236 § 1, operative July 1, 1973.

**NOTES:**

**Cross References:**

Cases in which injunction may or may not be granted: *CC §§ 3422, 3423*; *CCP § 526*.

**Hierarchy Notes:**

Div. 20, Ch. 6.5 Note

# EXHIBIT D



DEERING'S CALIFORNIA CODE ANNOTATED
Copyright © 2011 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

*** THIS SECTION IS CURRENT THROUGH THE 2011 SUPPLEMENT ***
(ALL 2010 LEGISLATION)
SPECIAL NOTICE: CHAPTERS ENACTED BETWEEN OCTOBER 20, 2009, AND NOVEMBER 2, 2010, ARE SUBJECT TO REPEAL BY PROPOSITION 22.

HEALTH AND SAFETY CODE
Division 20. Miscellaneous Health and Safety Provisions
Chapter 6.5. Hazardous Waste Control
Article 8. Enforcement

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

*Cal Health & Saf Code § 25186.6* (2010)

**§ 25186.6. Summary of case to Attorney General**

**(a)** In any case filed in any court or administrative tribunal, including, but not limited to, the Office of Administrative Hearings, which alleges any violations of this chapter or any statute, regulation, or requirement specified in Section 25186, the prosecuting attorney shall, within 30 days of the date of filing, forward, to the office of Attorney General located in the City of Los Angeles, a summary of the case which provides all of the following information:

**(1)** The case name and court or administrative number.

**(2)** The court or administrative tribunal in which the case is being prosecuted.

**(3)** The agency prosecuting the case.

**(4)** The name, business address, and telephone number of the prosecuting attorney.

**(5)** The statutes, regulations, or requirements which are alleged to have been violated.

**(6)** The date of filing and date or dates of alleged violations.

**(7)** A brief summary of the action.

**(8)** The names, addresses, and telephone numbers of all respondents or defendants in the action.

**(9)** The status of the case.

**(b)** Within 30 days of the conclusion of a case specified in subdivision (a) by verdict, award, judgment, dismissal, or settlement, the prosecuting attorney shall forward, to the office of the Attorney General located in the City of Los Angeles, an update of the information required by subdivision (a), including a statement describing the final outcome of the case.

**(c)** The cases subject to this section shall include those cases which are brought for purposes of clarifying, enforcing, limiting, or overturning any case which arose out of a violation of this chapter or statute, regulation, or requirement specified in Section 25186, including, but not limited to, appeals, actions for contempt, and revocations of probation.

**HISTORY:**

Added Stats 1989 ch 1257 § 5.

**NOTES:**

**Hierarchy Notes:**

Div. 20, Ch. 6.5 Note

Div. 20, Ch. 6.5, Art. 8 Note

**LexisNexis 50 State Surveys, Legislation & Regulations**

Non-Medical/radioactive Hazardous Waste