IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| California Sportfishing Protection Alliance,<br><br>        Plaintiff,<br><br>    v.<br><br>Chico Scrap Metal, Inc., George W. Scott, Sr. Revocable Inter Vivos Trust, George Scott, Sr., George Scott, Jr.,<br><br>        Defendants. | 2:10-cv-1207-GEB-GGH<br><br>ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEY FEES[*] |

        Defendants move for an order awarding attorney fees under 28 U.S.C. § 1927 and/or the Court's inherent authority, based on the contention that Plaintiff and Plaintiff's counsel pursued this Clean Water Act citizen enforcement action in bad faith and with the intent to harass Defendants.

        This action was dismissed for lack of subject matter jurisdiction following decision on an issue raised sua sponte after a hearing on other issues raised in Defendants' then pending dismissal motion; specifically, whether Plaintiff's Clean Water Act claims were barred by 33 U.S.C. § 1365(b)(1)(B). The Court provided the parties an opportunity to brief the applicability of 33 U.S.C. § 1365(b)(1)(B) to Plaintiff's Clean Water Act claims, and after consideration of the

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

supplemental briefs determined the statute barred Plaintiff's Clean Water Act claims. However, Defendants have not shown that the nature of Plaintiff's claims and/or arguments justify the sanction they seek. Therefore, the motion is denied.

Dated:  February 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge