1

2

3

4                    UNITED STATES DISTRICT COURT

5                   EASTERN DISTRICT OF CALIFORNIA

6

7    CALIFORNIA SPORTFISHING              No. 2:10-cv-01207-GEB-AC
     PROTECTION ALLIANCE, a
8    nonprofit corporation,

9              Plaintiff,                 **ORDER**

10        v.

11   CHICO SCRAP METAL, INC., a
     California corporation;
12   GEORGE W. SCOTT, SR.
     REVOCABLE INTER VIVOS TRUST;
13   GEORGE SCOTT, SR., an
     individual; and GEORGE SCOTT,
14   JR., an individual,

15             Defendants.

16

17        In accordance with the Ninth Circuit's mandate filed

18   August 16, 2013 (ECF No. 90), the July 15, 2013 judgment (ECF No.

19   62) is vacated.

20        IT IS FURTHER ORDERED that a Status (Pretrial

21   Scheduling) Conference is scheduled to commence at 9:00 a.m. on

22   October 28, 2013. A joint status report shall be filed no later

23   than fourteen (14) days prior to the Status Conference.

24        Dated:  September 4, 2013

25                                        _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge
26

27

28

                                   1