ANDREW L. PACKARD (State Bar No. 168690)
LAURIE MIKKELSE (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
       laurie@packardlawoffices.com

ROBERT J. TUERK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA  95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-01207-GEB-AC<br><br>STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; [PROPOSED] ORDER THEREON<br><br>Judge: Hon. Garland E. Burrell, Jr. |

　　　WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on May 17, 2010;

　　　WHEREAS, Plaintiff filed its First Amended Complaint in this action on or about November 18, 2010;

　　　WHEREAS, Plaintiff filed its Second Amended Complaint in this action on or about December 10, 2010;

WHEREAS, Plaintiff wishes to amend the Complaint by dismissing without prejudice the First through Fifth Causes of Action and the Eleventh through Fifteenth Causes of Action, and by adding a claim for failure to report non-compliance with the General Permit;

WHEREAS, Plaintiff has provided Defendants herein a proposed Third Amended Complaint (attached hereto as **Exhibit A**) which removes the First through Fifth Causes of Action and the Eleventh though Fifteenth Causes of Action, and adds a claim for failure to report non-compliance with the General Permit.

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, in the interest of judicial economy:

A.  That Plaintiff shall be permitted to file its proposed Third Amended Complaint on October 21, 2013, or as soon thereafter as may be convenient for Plaintiff.

B.  Defendants' response to the Third Amended Complaint shall be electronically filed not later than thirty (30) days after Plaintiff files its Third Amended Complaint.

Dated: October 18, 2013              Respectfully submitted,
                                     LAW OFFICES OF ANDREW L. PACKARD


                                     By: **/s/ Andrew Packard**_____
                                         Andrew L. Packard
                                         Attorneys for Plaintiff
                                         CALIFORNIA SPORTFISHING
                                         PROTECTION ALLIANCE


Dated: October 18, 2013              CANNATA, CHING & O'TOOLE, LLP

                                     By: **/s/ Therese Y. Cannata**_____
                                         THERESE Y. CANNATA
                                         Attorneys for Defendants
                                         CHICO SCRAP METAL, INC., *et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Since the Parties have stipulated that Plaintiff be granted leave to file it proposed amended complaint, Plaintiff is granted leave to electronically file its proposed Third Amended Complaint until and including October 28, 2013.  Defendants' response to the Third Amended Complaint shall be electronically filed not later than thirty (30) days after Plaintiff files its Third Amended Complaint.

Dated:  October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO ALLOW PLAINTIFF'S FILING OF PROPOSED THIRD AMENDED COMPLAINT; AND, [PROPOSED] ORDER THEREON