UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>CHICO SCRAP METAL, INC., ET AL.,<br><br>Defendants. | No. 2:10-cv-1207 GEB AC<br><br><br>ORDER |

On November 6, 2013, plaintiff California Sportfishing Protection Alliance ("CSPA") filed a motion to quash or modify subpoenas, set for hearing on December 4, 2013. ECF No. 102. Rather than submitting a Joint Statement re Discovery Disagreement in accordance with Local Rule 251(c), CSPA filed a memorandum of points and authorities in support of its motion, to which defendants filed an opposition and plaintiff filed a reply. See ECF Nos. 102, 107, 109. Also not in compliance with the Local Rules is the parties' failure to meet and confer on the matters in dispute, as required by Local Rule 251(b), and there is no suggestion that either party has been unwilling or unable to participate in such a conference, see Local Rule 251(d)-(e).

Accordingly, IT IS HEREBY ORDERED that:

1. The December 4, 2013 hearing on plaintiff's motion to quash or modify subpoenas is continued to December 18, 2013.

1

2. The parties are directed to comply with all requirements set forth in Local Rule 251, including, but not limited to, the requirement that they meet and confer and that they file a Joint Statement re Discovery Disagreement.  Failure to comply with the Local Rules may result in sanctions, up to and including dismissal of this action.

DATED: December 2, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE