1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF CALIFORNIA

7

8  CALIFORNIA SPORTFISHING              No. 2:10-cv-1207-GEB-AC
   PROTECTION ALLIANCE, a non-
9  profit corporation,

10               Plaintiff,           **ORDER DENYING DEFENDANTS' MOTION
                                      TO BIFURCATE**
11       v.

12 CHICO SCRAP METAL, INC., a
   California corporation,
13 GEROGE W. SCOTT, SR.
   REVOCABLE INTER VIVOS TRUST,
14 GEORGE SCOTT, SR., an
   individual, and GEORGE SCOTT,
15 JR., an individual,

16               Defendants.

17

18         Defendants move under Federal Rule of Civil Procedure

19 ("Rule") 42(b) for an order "bifurcate[ing] this matter into a

20 liability phase and a remedy phase," arguing in a conclusory

21 manner that "[t]he liability and remedy issues in this case are

22 distinct and will have little, if any, overlapping evidence."

23 (Defs.' Mot. 1:21, 5:15-16, ECF No. 131.) Plaintiff did not file

24 an opposition, but Defendants state in their motion: "Plaintiff's

25 counsel declined to consent to bifurcation." (Id. 2:9.)

26         Defendants      have    not    sufficiently    explained    the

27 separability of the liability and remedy issues in this water

28 pollution  case.  Therefore,  Defendants  have  not  shown  that

                                    1

1  bifurcation under Rule 42(b) is warranted, and accordingly the

2  motion is DENIED.

3  Dated:  June 4, 2014

4

5

6  GARLAND E. BURRELL, JR.
   Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28