THERESE Y CANNATA (SBN 88032)
KIMBERLY ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904

Attorneys for Defendants
CHICO SCRAP METAL, INC.,
GEORGE W. SCOTT, SR. TRUSTEE
OF THE GEORGE W. SCOTT, SR. REVOCABLE
INTER VIVOS TRUST, GEORGE SCOTT, SR.,
and GEORGE SCOTT, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual,<br><br>Defendant. | Case No.  2:10-CV-01207-GEB-AC<br><br>STIPULATION TO RESET EXPERT DISCLOSURE DATES AND (PROPOSED) ORDER |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Chico Scrap Metal, Inc., George Scott, Sr., George Scott, Sr. Revocable Inter Vivos Trust, and George Scott, Jr. ("CSM"), by and through their respective counsel, hereby stipulate and agree as follows.

1

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES

WHEREAS the Court, through its Status (Pre-Trial Scheduling) Order (Docket No. 95), set (1) the last day to exchange expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by July 25, 2014; and (2) the last day to exchange supplemental disclosures and disclosures of rebuttal experts under Fed. R. Civ. P. 26(a)(2) by August 25, 2014.

WHEREAS CSPA and CSM are in good faith settlement discussions aimed at resolving this case without extensive litigation and thus wish to extend the deadline for expert witness disclosures to continue settlement efforts.

The Parties stipulate and agree to extend these deadlines by sixty (60) days as follows:

1.  The last day to exchange expert witness disclosures is now September 23, 2014.

2.  The last day to exchange supplemental disclosure and disclosure of rebuttal expert is now October 24, 2014.

SO STIPULATED.

Dated: June 16, 2014                    LAW OFFICES OF ANDREW PACKARD

                                        By:    /s/ Andrew Packard
                                               ANDREW PACKARD
                                               (As authorized on June 16, 2014 – L.R. 131)
                                               Attorneys for Plaintiff California
                                               Sportfishing Protection Alliance

Dated: June 16, 2014                    CANNATA CHING & O'TOOLE LLP

                                        By:    /s/ Therese Y. Cannata
                                               THERESE Y. CANNATA
                                               Attorneys for Defendant Chico Scrap Metal,
                                               Inc., George Scott, Sr. and George Scott, Jr.

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES

## **ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the new deadlines set forth in the above Stipulation are ordered by this Court.

Dated: June 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge