ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
JOHN J. PRAGER (State Bar No. 289610)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST and GEORGE W. SCOTT, SR., an individual,<br>         Defendants. | Case No. 2:10-CV-01207-GEB-AC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Federal Rule of Civil Procedure 56(a)<br><br>Hon. Garland E. Burrell, Jr.<br><br>Hearing Date: April 27, 2015<br>Hearing Time: 9:00 a.m.<br>Courtroom 10, 13th Floor<br>Trial Date:  September 15, 2015 |

    Plaintiff California Sportfishing Protection Alliance ("CSPA") hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the documents attached hereto as **Exhibits A - N**.

    Under Federal Rule of Evidence 201, judicial notice may be taken of facts that are not in dispute either because they are (1) "generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Rule 201(g) provides that in a civil action any judicially noticed fact must be accepted as

conclusive. Fed. R. Evid. 201(g); see also *Korematsu v. United States* (N.D. Cal. 1984) 584 F. Supp. 1406, 1414-1416).

It is well established that records, reports, and other documents on file with administrative agencies, such as the State Water Resources Control Board ("State Board"), meet these requirements and can be judicially noticed. *Lee v. City of Los Angeles*, 250 F.3d 668, 689-690 (9th Cir. 2001); *Kottle v. Northwest Kidney Centers*, 146 F.3d 1056, 1064 fn. 7 (9th Cir. 1998); *Marsh v. San Diego County*, 432 F. Supp. 2d 1035, 1043-1045 (S.D. Cal. 2006). Judicial notice of public records, such as those on file with the State Board, is limited to taking judicial notice of the existence of those records and the statements within those records. *Lee*, 250 F.3d at 689-690. Regulations promulgated by a government agency are also subject to judicial notice. *Northern Heel Corp. v. Compo Industries, Inc.*, 851 F.2d 456 (1st Cir. 1988). Fed. R. Evid. 201 also empowers this Court to take judicial notice of matters of public record, including records and reports of administrative bodies, and the contents of court files in other lawsuits. *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986); see also *Mullis v. United States Bank. Ct.*, 828 F.2d 1385, 1388 (9th Cir. 1987); *Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

Pursuant to FRE 201, and the above-cited case law, CSPA requests that the Court take judicial notice of the following documents and the statements they contain:

**Exhibit A** –A true and correct copy of the General Permit for Discharges of Storm Water Associated with Industrial Activities, National Pollution Discharge Elimination General Permit No. CAS000001, State Water Resources Control Board Order No. 92-12-DWQ, as amended by Order No. 97-03-DWQ (1997) ("General Permit").

**Exhibit B** - A true and correct copy of the Fourth Edition of the Water Quality Control Plan (Basin Plan) for the Sacramento River and San Joaquin River Basins (1998), California Regional Water Quality Control Board Central Valley Region.

**Exhibit C** – A true and correct copy of the Total Maximum Daily Load for PCBs in San Francisco Bay, Final Staff Report for Proposed Basin Plan Amendment (Feb. 13, 2008), California Regional Water Quality Control Board San Francisco Bay Region.

REQUEST FOR JUDICIAL NOTICE                     Case No. 2:10-CV-01207-GEB-AC

**Exhibit D** – A true and correct copy of the United States Environmental Protection Agency-Office of Research and Development's report titled, *Connectivity of Streams & Wetlands to Downstream Waters: A Review & Synthesis of the Scientific Evidence* (EPA/600/R-14/475F, January 2015).

**Exhibit E** – A true and correct copy of a relevant selection from the California State Water Resources Control Board's Final 2010 Integrated Report (CWA Section 303(d) List / 305(b) Report) (approved on October 11, 2011), downloaded from www.waterboards.ca.gov/water_issues/ programs/tmdl/2010state_ir_reports/category5_report.shtml.

**Exhibit F** – A true and correct copy of the Imminent and Substantial Endangerment and Consent Order, Docket No. I&SED 08/09-002, in the matter of Chico Scrap Metal, Inc. DBA NorCal Recyclers, dated October 1, 2008. (The court previously took judicial notice of this document. Docket No. 61, at 2.)

**Exhibit G –** A true and correct copy of the November 27, 2013 Order in the matter of the People of the State of California v. George W. Scott, Sr., Case Nos. CM02774, CM029819, SCR67072, Superior Court of California, County of Butte.

**Exhibit H** – A true and correct copy of the Declaration of Dr. Barton P Simmons in Support of Plaintiff's Motion for the Issuance of a Preliminary Injection Pursuant to FRCP Rule 56, filed by Defendant CSM in Case No. 2:11-cv 01201-JAM-CMK (E.D. Cal, signed May 27, 2011).

**Exhibit I** – A true and correct copy of the *Lower Feather River HUC/Honcut Creek Watershed, Existing Condition Assessment*, dated February 19, 2010.

**Exhibit J** – A true and correct copy of the pending *USEPA Proposed Rule, Definition of Waters of the United States under the Clean Water Act* dated April 21, 2014

**Exhibit K** – A true and correct copy of the "Final Determination of Non-Compliance with the Imminent and Substantial Endangerment Determination and Remedial Action Consent Order, for Norcal Recyclers [Chico Scrap Metal, Inc.] 1855 Kusel Road, Oroville California" dated July 18, 2014.

**Exhibit L** – A true and correct copy of USEPA's "Final Reissuance of National Pollutant Discharge Elimination System (NPDES) Storm Water Multi-Sector General Permit for Industrial Activities" dated October 30, 2000.

**Exhibit M** – A true and correct copy of "Order Granting in Part Plaintiff's Motion for Partial

Summary Judgment" entered December 22, 1999 in *Santa Monica BayKeeper v. Sunlite Salvage, Inc. et al.*, Case No., CV 99-04578 WDK (RCx), (C.D.Cal. December 22, 1999).

**Exhibit N** - a true and correct copy of "Order Granting Plaintiff's Motion for Partial Summary Judgment" entered October 30, 2002 in Ecological Rights Foundation v. Sierra Pacific Industries, Inc., Case No. C 01-0520 MEJ, (N.D. Cal. October 30, 2002).

Dated: March 23, 2015              LAW OFFICES OF ANDREW L. PACKARD

                                   __//s//_____
                                   Andrew Packard
                                   Attorneys for Plaintiff
                                   California Sportfishing Protection Alliance