THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Defendants
CHICO SCRAP METAL, INC.,
GEORGE W. SCOTT, SR. TRUSTEE
OF THE GEORGE W. SCOTT, SR. REVOCABLE
*INTER VIVOS* TRUST and GEORGE SCOTT, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHICO SCRAP METAL, INC. a California corporation; GEORGE W. SCOTT, SR. individually and as trustee of GEORGE W. SCOTT, SR. REVOCABLE *INTER VIVOS* TRUST DATED SEPTEMBER 25, 1995,<br><br>Defendants. | Case No. 2:10-CV-01207-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO CONTINUE SUMMARY JUDGMENT HEARING DATE TO JULY 13, 2015 AND TO CONTINUE TRIAL DATE TO FEBRUARY 2016**<br><br>Hearing Date:<br>Hearing Time:  9:00 a.m.<br>Location:  Courtroom 10<br><br>Honorable Garland E. Burrell, Jr. |

**STIPULATION**

A.  WHEREAS, the hearing on defendants' Chico Scrap Metal, Inc., George W. Scott, Sr., individually and as trustee of the George W. Scott, Sr. Revocable Inter Vivos Trust ("defendants") and plaintiff California Sportfishing Protection Alliance's ("plaintiff") cross-motions for summary judgment was scheduled to take place on Monday, April 27, 2015.

B.  WHEREAS, on Tuesday, April 21, 2015, this Court issued a minute order in

1

which it rescheduled the hearing on the cross-motions for summary judgment to June 1, 2015 at 9:00 a.m. and rescheduled the trial in this matter to January 26, 2016.

  C. WHEREAS, defendants' counsel has asserted scheduling conflicts on these dates, as set forth in the declarations of Therese Cannata and Kimberly Almazan, attached hereto as **Exhibits A and B**, respectively.

  D. WHEREAS, plaintiff would strongly prefer to keep the June 1, 2015 hearing date for the cross motions for summary judgment, due to plaintiff's contentions, which defendants dispute, of the ongoing nature of the violations at issue and the lateness of the next date on which all counsel are available (July 13, 2015), but has agreed to accommodate defense counsel's schedule, and met and conferred regarding alternative dates available on the Court's calendar for the hearing of the cross-motions for summary judgment.

  E. WHEREAS, the parties are agreed in their request to continue the trial to a date convenient to the Court in February 2016.

  NOW THEREFORE, it is hereby stipulated and agreed, by and among the parties hereto through the undersigned attorneys of record, subject to the approval of the Court, that:

  a. The hearing on plaintiff's Motion for Summary Judgment (Docket No. 165), defendants' Motion for Summary Judgment (Docket No. 174), plaintiff's Motion to Strike (Docket No. 204) and defendants' Motion to Strike (Docket No. 187) can be continued to July 13, 2015 at 9:00 a.m.; and

  b. The trial in this matter be continued to a date convenient for the Court in February 2016.

2

IT IS SO STIPULATED.

Dated: May 8, 2015          LAW OFFICES OF ANDREW L. PACKARD

By:  /s/ Andrew L. Packard
Andrew L. Packard
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: May 8, 2015          CANNATA CHING & O'TOOLE LLP

By:  /s/Therese Y. Cannata
Therese Y. Cannata
Attorneys for Defendants
Chico Scrap Metal, Inc and George W. Scott Sr., individually as trustee of the George W. Scott, Sr. Revocable Inter Vivos Trust

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(1)   The hearing on plaintiff's Motion for Summary Judgment (Docket No. 165), defendants' Motion for Summary Judgment (Docket No. 174), plaintiff's Motion to Strike (Docket No. 204) and defendants' Motion to Strike (Docket No. 187) is continued to July 13, 2015 at 9:00 a.m.;

(2)   The trial of this matter is continued to February 9, 2016 at 9:00 a.m.

Dated: May 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE          CASE NO. 2:10-CV-01207-GEB-AC
SUMMARY JUDGMENT HEARING AND TRIAL DATE