ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST, and GEORGE SCOTT, SR., an individual,<br><br>       Defendants. | Case No. 2:10-cv-01207-GEB-AC<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL CONFERENCE DATE**<br><br>Judge: Garland E. Burrell, Jr.<br>Magistrate Judge:  Allison Claire |

Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendants Chico Scrap Metal, Inc., the George Scott, Sr. Revocable Inter Vivos Trust and George Scott, Sr. ("Defendants") by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendants engaged in a discovery dispute pertaining to whether or not Defendants were obligated to produce certain financial discovery;

WHEREAS, the aforementioned dispute regarding discovery of Defendants' financial information resulted in several motions and orders of the Court (Docket Nos. 158, 159, 163, and 164), and required Defendants to produce certain financial documents and individuals for deposition regarding Defendants' finances;

WHEREAS, the Parties were utilizing all of their resources to finish non-financial discovery, expert discovery and draft cross-motions for summary judgment;

WHEREAS, in light of resources being utilized elsewhere, the Parties agreed to postpone expert reporting and depositions with respect to Defendants' financial wherewithal until sometime following the Court's ruling on the cross-summary judgment motions (Docket Nos. 166-211);

WHEREAS, on August 17, 2015 this Court issued its Order Granting in Part and Denying in Part Each Party's Summary Judgment Motion (Docket No. 221);

WHEREAS, in light of the ruling, the Parties have agreed to the following schedule to finalize deposition and expert disclosures relating to Defendants' financial wherewithal:

- Document production, by September 11, 2015;

- Lay Depositions of Kim Scott (as corporate PMK), George Scott, Sr. (as Defendant), by October 11, 2015;

- Financial Expert Reports, by 11/2/15;

- Rebuttal Financial Expert Reports, by 11/23/15;

- Financial Expert Depositions, by 12/31/15;

WHEREAS, the Parties wish to complete the above financial discovery prior to the pretrial conference, currently scheduled for October 19, 2015 at 2:30 pm, pursuant to this

1    Court's April 21, 2015 Minute Order (Docket No. 212).

2          THEREFORE, the Parties stipulate and agree to move the pretrial conference to

3

4    January 11, 2016 at 2:30 pm before the Honorable Garland E. Burrell, Jr.

5

6    IT IS SO STIPULATED.

7

8    Dated:  September 4, 2015          LAW OFFICES OF ANDREW L. PACKARD

9
                                   By:    /s/ Megan E. Truxillo
10                                        Megan E. Truxillo
                                          Attorneys for Plaintiff
11                                        California Sportfishing Protection Alliance

12

13   Dated:  September 4, 2015          CANNATA O'TOOLE FICKES & ALMAZAN
                                        LLP
14
                                   By:    /s/Therese Y. Cannata
15                                        Therese Y. Cannata
                                          Attorneys for Defendants
16                                        Chico Scrap Metal, Inc and George W. Scott Sr.,
                                          individually as trustee of the George W. Scott, Sr.
17                                        Revocable Inter Vivos Trust

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER APPROVING STIPULATION</u>

IT IS HEREBY ORDERED that the pretrial conference in this action will be rescheduled for January 11, 2016 at 2:30 pm.   A joint pretrial statement shall be filed seven days prior to the hearing.

Dated:  September 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge