ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel:  (707) 763-7227
Fax: (707) 763-9227
E-mail:  Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHICO SCRAP METAL, INC., a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST and GEORGE W. SCOTT, SR., an individual, <br> Defendants. | Case No. 2:10-CV-01207-GEB-AC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS** <br><br> [33 U.S.C. §1365(d)] <br><br> Hon. Garland E. Burrell, Jr. <br><br> Hearing Date: October 19, 2015 <br> Hearing Time: 9:00 a.m. <br> Courtroom 10, 13th Floor <br> Trial Date:  February 9, 2016 |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on October 19, 2015 at 9:00 a.m., or as soon thereafter as may be heard by the above-entitled court, located at Courtroom 10, 13th Floor, 501 I Street, Sacramento, California, Plaintiff California Sportfishing Protection Alliance ("Plaintiff or CSPA") will and hereby does move the Court for an award of interim attorney's fees and costs against Defendants Chico Scrap Metal, Inc., the George W. Scott, Sr. Revocable Inter Vivos Trust, and George W. Scott, Sr. ("Defendants").

Plaintiff moves the Court for interim attorneys' fees and costs pursuant to 33 U.S.C.

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR INTERIM ATTORNEYS' FEES AND COSTS                                   Case No. 2:10-CV-01207-GEB-AC

1

§1365(d) on the ground that CSPA is a prevailing party and an award of attorney's fees and litigation expenses is appropriate.

This motion is based upon this Notice of Motion and Motion; Plaintiff's Memorandum of Points and Authorities in Support of Motion for Interim Attorneys' Fees and Costs; the supporting Declarations of Bill Jennings, Andrew L. Packard, Michael Lozeau, Robert Tuerck, Daniel Cooper, Fredric Evenson, Brian Gaffney and Donald Mooney, and the exhibits attached thereto; all pleadings and papers on file in this action; and such other evidence and/or argument as the parties may present to this Court at the hearing on this motion.

Dated:  September 21, 2015                    LAW OFFICES OF ANDREW L. PACKARD


                                              By:    /s/Andrew L. Packard
                                              Andrew L. Packard
                                              Attorneys for Plaintiff
                                              CALIFORNIA SPORTFISHING
                                              PROTECTION ALLIANCE

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR INTERIM ATTORNEYS' FEES AND COSTS                    Case No. 2:10-CV-01207-GEB-AC

2