**EXHIBIT A**

**CSPA v Chico Scrap Metal, Inc: Summary of CSPA Fees and Costs through September 21, 2015**
**Work on the Merits**

| Law Offices of Andrew L. Packard | Full Years of Practice | Rates Awarded 8/15/21 By Sacramento Superior Court, (See Exhibit L) | Adjusted Laffey Rates (x 1.1093) (Exhibit K) | Hourly Rates Sought Herein | Hours Billed | Attorneys' Fee Before Reductions |
|---|---|---|---|---|---|---|
| Andrew Packard (Exhibit B) | 22 | 635 | 577 | 595 | 1,072.20 | $637,959.00 |
| Erik Roper (Exhibit C) | 6 | 375 | 333 | 350 | 310.50 | $108,675.00 |
| Emily Brand (Exhibit D) | 5 | n/a | 333 | 333 | 137.20 | $45,687.60 |
| Laurie Mikkelson (Exhibit E) | 6 | 385 | 333 | 350 | 201.70 | $70,595.00 |
| Megan Truxillo (Exhibit F) | 4 | 295 | 333 | 333 | 1,013.00 | $337,329.00 |
| John Prager  (Exhibit G) | 1 | n/a | 283 | 283 | 152.70 | $43,214.10 |
| **Co-counsel** | | | | | | |
| Jackson & Tuerck (Tuerck Dec.) | 6 | n/a | n/a | 250 | 27.40 | $6,850.00 |
| Lozeau Drury LLP (Lozeau Dec.) | 26 | 700 | 577 | 700 | 20.90 | $14,630.00 |

| | |
|---|---|
| **Lodestar Before Reductions** | **$1,264,939.70** |
| **Reductions** | |
| 67% of Phase 1 Work | -$40,931.35 |
| 10 % of Phase 2 Appellate Work | -$25,611.81 |
| 10% Across-the-Board Reduction, All Phases (excluding co-counsel) | -$109,857.23 |
| **Lodestar After Reductions** | **$1,088,539.31** |
| **EXPERT COSTS** (Exhibit H) | |
| Chico Environmental | $25,853.13 |
| Bond & Associates | $91,099.00 |
| **LITIGATION COSTS** (Exhibit I) | |
| Law Offices of Andrew L. Packard | $27,523.33 |
| **Total Costs Sought on the Merits** | **$144,475.46** |
| **Total Fees & Costs on the Merits** | **$1,233,014.77** |

**Work on the Fee Motion**

| | Full Years of Practice | Rates Awarded 8/15/21 By Sacramento Superior Court, (See Exhibit L) | Adjusted Laffey Rates (x 1.1093) (Exhibit K) | Hourly Rates Sought Herein | Hours Billed | Attorneys' Fee Before Reductions |
|---|---|---|---|---|---|---|
| Andrew Packard (Exhibit B) | 22 | 635 | 577 | 595 | 37.70 | $22,431.50 |
| Megan Truxillo (Exhibit F) | 4 | 295 | 333 | 333 | 43.90 | $14,618.70 |
| **TOTAL** | | | | | | **$37,050.20** |

| | |
|---|---|
| **TOTAL REDUCTIONS** | **-$176,400.39** |
| **GRAND TOTAL** | **$1,270,064.97** |

**Additional Time for Which Fees
Are Not Sought**

| | | |
|---|---|---|
| Hallie Albert, 2nd year | 7.50 | $0.00 |
| Tara Moyad (Boalt 3L), Summer 2011 | 62.50 | $0.00 |
| Paralegal (est. 100-150 hours) | 100-150 | $0.00 |