ANDREW L. PACKARD (SBN 168690)
MEGAN E. TRUXILLO (SBN 275746)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, O'TOOLE, FICKES & ALMAZAN LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@cofalaw.com

Attorneys for Defendants
CHICO SCRAP METAL, INC.,
GEORGE W. SCOTT, SR. TRUSTEE
OF THE GEORGE W. SCOTT, SR. REVOCABLE
*INTER VIVOS* TRUST and GEORGE SCOTT, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICO SCRAP METAL, INC. a California corporation; GEORGE W. SCOTT, SR. individually and as trustee of GEORGE W. SCOTT, SR. REVOCABLE *INTER VIVOS* TRUST DATED SEPTEMBER 25, 1995,<br><br>Defendants. | Case No. 2:10-CV-01207-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE**<br><br>Honorable Judge Troy L. Nunley<br><br>Pretrial Conference: April 7, 2016 at 2:00 p.m.<br>Trial Date: June 6, 2016 at 9:00 a.m. |

//

//

**JOINT STIPULATION AND  ORDER TO CONTINUE THE TRIAL DATE**

**STIPULATION**

Plaintiff California Sportfishing Protection Alliance ("Plaintiff"), and Defendants Chico Scrap Metal, Inc., George W. Scott, Sr., Trustee of the George W. Scott, Sr. Revocable *Inter Vivos* Trust and George W. Scott, Sr. ("Defendants") by and through their respective counsel (collectively, the "Parties"), hereby submit this stipulation for a continuance of the trial date and related pre-trial dates and deadlines in accordance thereto, including, but not limited to pretrial motions and the pretrial conference.

The Court had previously granted the Parties' Joint Stipulation to Continue the Trial Date from June 30, 2015 to February 9, 2016 (Docket No. 214). Good cause exists for the Court to grant this Stipulation, as set forth below:

A. WHEREAS, counsel for Defendants, Therese Y. Cannata, of the law firm Cannata, O'Toole, Fickes & Almazan LLP, will be serving as lead trial counsel in this matter.

B. WHEREAS, from May 2, 2016 to approximately May 30, 2016, Therese Y. Cannata is also scheduled to serve as lead trial counsel in a jury trial in Yolo County Superior Court (Case No. CV-CV-12-0000527);

C. WHEREAS, the Parties have agreed to take this case to a mediation before the Honorable Magistrate Judge Carolyn K. Delaney (scheduled with Magistrate Delaney's clerk for April 19, 2016) and have further agreed to complete the mediation prior to May 20, 2016;

D. WHEREAS, the Parties have stipulated to a continuance of the trial in this action from June 6-9, 2016 to October 24-27, 2016, which dates, the parties are informed, are available for trial.

Now, wherefore, it is hereby stipulated and agreed, by and among the Parties, through their undersigned attorneys of record, subject to the approval of the Court, that:

1. There is good cause to continue the trial date and related pre-trial dates and

1
**JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE**

deadlines;

2. The scheduled trial dates of June 6-9, 2016 at 9:00 a.m. in Courtroom 2 of the above-entitled Court be continued to October 24-27, 2016;

3. The scheduled Pretrial Conference for April 7, 2016 at 2:00 p.m. in Courtroom 2 of the above-entitled Court, be continued to August 25, 2016 at p.m.

4. The Pretrial Conference Statement shall be due on July 29, 2016.

Dated: February 22, 2016                LAW OFFICES OF ANDREW L. PACKARD

/s/ Andrew L. Packard (as authorized on 02/18/2016)
ANDREW L. PACKARD
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: February 22, 2016                CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

/s/ Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for Defendants
Chico Scrap Metal, Inc and George W. Scott Sr., individually as trustee of the George W. Scott, Sr. Revocable Inter Vivos Trust

2
**JOINT STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE**

# ORDER APPROVING STIPULATION

## ORDER ON STIPULATION TO CONTINUE TRIAL DATE

In light of the above Stipulation of the Parties and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That the scheduled trial dates of June 6-9, 2016 at 9:00 a.m. in Courtroom 2 of the above-entitled Court, be continued to October 24-27, 2016;

2. That the scheduled Pretrial Conference for April 7, 2016 at 2:00 p.m. in Courtroom 2 of the above-entitled Court, be continued to August 25, 2016 at 2:00 p.m.

3. That the Pretrial Conference Statement shall be due on July 29, 2016.

**IT IS SO ORDERED.**

Dated: February 23, 2016

Troy L. Nunley
United States District Judge