THERESE Y. CANNATA (SBN 88032)
KIMBERLY A. ALMAZAN (SBN 288605)
CANNATA, O'TOOLE, FICKES & ALMAZAN LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
Email: tcannata@cofalaw.com

Attorneys for Defendants
CHICO SCRAP METAL, INC.,
GEORGE W. SCOTT, SR. TRUSTEE
OF THE GEORGE W. SCOTT, SR. REVOCABLE
*INTER VIVOS* TRUST and GEORGE SCOTT, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICO SCRAP METAL, INC. a California corporation; GEORGE W. SCOTT, SR. individually and as trustee of GEORGE W. SCOTT, SR. REVOCABLE *INTER VIVOS* TRUST DATED SEPTEMBER 25, 1995,<br><br>Defendants. | Case No. 2:10-CV-01207-TLN-AC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE TRIAL DATE**<br><br>Honorable Troy L. Nunley |

Upon consideration of Defendants' Memorandum of Points and Authorities in support of its motion to continue the trial, and any opposition thereto, the Court hereby orders that:

1. The October 24-27, 2016 trial date is hereby vacated and continued to July 31, 2017, at 9:00 a.m.

2. The Pretrial Conference, currently scheduled for August 25, 2016, is hereby VACATED and CONTINUED to June 1, 2017 at 2:00 p.m.

1

3. The Pretrial Conference Statement is due by May 25, 2017.

**IT IS SO ORDERED.**

**Dated: August 3, 2016**

Troy L. Nunley
United States District Judge

2