ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

MICHAEL E. MOLLAND (State Bar No. 111830)
Molland Law
30 5th Street 2nd Floor
Petaluma, CA 94952
Tel: (707) 202-5511
Fax: (707) 202-5513
E-mail: mmolland@mollandlaw.com

MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>      Plaintiff,<br>  vs.<br><br>CHICO SCRAP METAL, INC., a California corporation, GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST, GEORGE SCOTT, SR., an individual, and GEORGE SCOTT, JR., an individual, | Case No. 2:10-cv-01207-TLN-DB<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. Troy L. Nunley |

Defendants.

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Chico Scrap Metal, Inc., the George Scott, Sr. Revocable Inter Vivos Trust, George Scott, Sr., and George Scott, Jr. ("CSM"), by and through their respective counsel, hereby stipulate to continue the trial date and related pre-trial dates and deadlines in accordance thereto, including, but not limited to pretrial motions and the pretrial conference.

WHEREAS this Court, through its Order Granting Defendants' Motion to Continue the Trial Date (Docket No. 285), set: (1) the trial to commence in this matter on July 31, 2017 at 9:00 a.m.; (2) the pre-trial conference to take place on June 1, 2017 at 2:00 p.m.; and (3) the Pretrial Conference Statement to be due by May 25, 2017;

WHEREAS counsel for Plaintiff, Michael E. Molland, of the law firm Molland Law, will be serving as lead trial counsel in this matter;

WHEREAS from July 29, 2017 to August 6, 2017, Michael E. Molland is also scheduled to serve as counsel in a trial in Sacramento County Superior Court (Case No. 34-2015-0178614);

WHEREAS the Parties have stipulated to a continuance of the trial in this action from July 31, 2017 to October 2, 2017, which date, the Parties are informed, is currently the next available date for this trial.

Now, wherefore, it is hereby stipulated and agreed, by and among the Parties, through their undersigned attorneys of record, subject to the approval of the Court, that:

1. There is good cause to continue the trial date and related pre-trial dates and

Stipulation and Order
Modifying Pretrial
Scheduling Order                                                    2:10-cv-01207-TLN-DB

1  deadlines;

2      2.    The scheduled trial date of July 31, 2017 at 9:00 a.m. in Courtroom 2 of the above-entitled Court be continued to October 2, 2017;

    3.    The scheduled Pretrial Conference for June 1, 2017 at 2:00 p.m. be continued to **July 27, 2017** at 2:00 p.m.

    4.    The Pretrial Conference Statement shall be due on **July 20, 2017.**

IT IS SO STIPULATED.

Dated:  August 24, 2016    LAW OFFICES OF ANDREW L. PACKARD

By:    /s/ Andrew L. Packard_____
        Andrew L. Packard
        Attorneys for Plaintiff
        California Sportfishing Protection Alliance

Dated:  August 24, 2016    CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

By:    /s/ Therese Y. Cannata
        Therese Y. Cannata
        Attorneys for Defendants Chico Scrap Metal, Inc.,
        the George Scott, Sr., Inter Vivos Trust, George
        Scott, Sr. and George Scott, Jr.

## ORDER APPROVING STIPULATION

## ORDER ON STIPULATION TO CONTINUE TRIAL DATE

Good cause appearing, IT IS HEREBY ORDERED that the new deadlines set forth in the above Stipulation are ordered by this Court.

Dated: August 31, 2016

_____
Troy L. Nunley
United States District Judge

Stipulation and Order
Modifying Pretrial
Scheduling Order

2:10-cv-01207-TLN-DB