ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

               Plaintiff,

     vs.

CHICO SCRAP METAL, INC. a California
corporation, GEORGE SCOTT, SR., an
individual, and GEORGE SCOTT,
SR.REVOCABLE INTER VIVOS TRUST,

          Defendants.

**Case No. 2:10-cv-01207-TLN**

**STIPULATION TO DISMISS
PLAINTIFF'S CLAIMS WITH
PREJUDICE; ORDER GRANTING
DISMISSAL WITH PREJUDICE [FRCP
41(a)(2)]**

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Chico Scrap Metal, Inc., George Scott, Sr., as an individual, and the George Scott, Sr. Revocable Inter Vivos Trust in the above-captioned action, stipulate as follows:

WHEREAS, CSPA and Defendants, through their authorized representatives have settled the case and a copy of the Settlement Agreement ("Settlement Agreement") entered into by and between CSPA and Defendants is attached hereto as **Exhibit A**;

WHEREAS, CSPA has submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. Department of Justice ("DOJ")and the DOJ has now filed their "Non-Opposition to Consent Judgment," or the 45-day review period has expired without comment by the DOJ.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

Parties that CSPA's claims, as set forth in its CWA 60-Day Notice Letters and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice.

The Parties further request that this Court retain jurisdiction over the Parties and in accordance with the terms of the Settlement Agreement, including paragraphs 10 and 16.

Dated: _____, 2018                    Respectfully submitted,

                                           LAW OFFICES OF ANDREW L. PACKARD
                                           By: /s/ Andrew L. Packard
                                           Andrew L. Packard
                                           Attorneys for Plaintiff

Dated: _____, 2018                    CANNATA O'TOOLE FICKES ALMAZAN
                                           By: /s/ Therese Y. Cannata
                                           Therese Y. Cannata
                                           Attorneys for Defendants

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: _____, 2018                    By: /s/ Andrew L. Packard

**<u>ORDER</u>**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA") claims against Defendants CHICO SCRAP METAL, INC., GEORGE SCOTT, SR., and the GEORGE SCOTT, SR. REVOCABLE INTER VIVOS TRUST, as set forth in CSPA's CWA 60-Day Notice Letters and Third Amended Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to any disputes arising under the Settlement Agreement and in accordance with the terms of the Settlement Agreement, including paragraphs 10 and 16.

IT IS SO ORDERED.

Dated: April 16, 2018

Troy L. Nunley
United States District Judge